UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

| | |
|---|---|
| CARL DEMOND JACKSON | CHAPTER: 13 |
| 9 CHELSEABROOK CT | CASE NUMBER: 13-05633 |
| MAULDIN, SC 29662 | CLAIM AMOUNT: $3223.31 |

Debtors.

_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, JEFFERSON CAPITAL SYSTEMS LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 01/10/2014, in the amount of $3223.31.

JEFFERSON CAPITAL SYSTEMS LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 25th day of June, 2014.

JEFFERSON CAPITAL SYSTEMS LLC

By: /s/ Johnathan Kirby
Johnathan Kirby    Director of Bankruptcy

JEFFERSON CAPITAL SYSTEMS LLC
16 McLeland Road
ST. CLOUD, MINNESOTA  56303
(800) 928-7314

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

    Debtor:                                   CARL DEMOND JACKSON
                                                9 CHELSEABROOK CT
                                                MAULDIN, SC 29662

    Debtor's Attorney:             DAVID GAFFNEY
                                                PO BOX 3966
                                                WEST COLUMBIA, SC 29171

    Chapter 13 Trustee:           GRETCHEN D. HOLLAND
                                                3 CALEDON COURT, SUITE A
                                                GREENVILLE, SC 29615

by submitting electronically with the court.

    This 25th day of June, 2014.


                                                JEFFERSON CAPITAL SYSTEMS LLC

                                                By:  /s/ Johnathan Kirby
                                                 Johnathan Kirby    Director of Bankruptcy

                                                JEFFERSON CAPITAL SYSTEMS LLC
                                                16 McLeland Road
                                                ST. CLOUD, MINNESOTA  56303
                                                (800) 928-7314